

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

**SEP 1 4** 2020

RICK WARREN
COURT CLERK
37

IN THE DISTRICT COURT FOR THE STATE OF OKLAHOMA
OKLAHOMA COUNTY

KENNETH RAY ANDREWS, )
              **PLAINTIFF** )
v. )
 )
OKLAHOMA WORKERS' )
COMPENSATION COMMISSION, an )
agency of the State of Oklahoma; HOPPER )
SMITH, individually; ANDREA DELLING, )
individually; and MARK LIOTTA, )
individually; )
           **DEFENDANTS** )
 )
 )

## CJ - 2020 - 4364

CASE NO. CJ-2020-

JURY TRIAL DEMANDED
ATTORNEY'S LIEN CLAIMED

### ENTRY OF APPEARANCE

COMES NOW, Rachel L. Bussett, and Patricia Podolec, of Bussett Legal Group PLLC and hereby enter their appearance on behalf of Plaintiff Kenneth Ray Andrews.

**PLEASE TAKE NOTE THAT THIS OFFICE DOES NOT ACCEPT SERVICE BY ELECTRONIC MEANS VIA EMAIL OR FAX. A COURTESY COPY OF YOUR DOCUMENTS CAN BE EMAILED TO THE ATTORNEYS HOWEVER; SERVICE MUST BE ACCOMPLISHED BY MAIL.**

Respectfully submitted by:

Rachel Bussett, OBA#19769
Patricia Podolec, OBA #21325
Alina Sorrell, OBA #34184
Bussett Legal Group, PLLC
2201 N. Classen Blvd.
Oklahoma City, OK 73106
Telephone: (405) 605-8073
FAX: (405) 212-9112
Email: Rachel@BussettLegal.com
       PPodolec@BussettLegal.com

*Counsel for Plaintiffs*

1

**Exhibit 4**